UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARTURO VELAZQUEZ ROSSETE, et al.,
                                      Plaintiffs,

                 -against-

HONG KONG KITCHEN (USA) INC., et al.,
                                    Defendants.
------------------------------------------------------------X

22 Civ. 3049 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated November 17, 2022, directed the parties to schedule further mediation with the Court-annexed Mediation Program and to file a letter apprising the Court of the mediation schedule by November 25, 2022;

WHEREAS, no such letter was filed. It is hereby

**ORDERED** that, by **November 30, 2022**, the parties shall file a letter with the mediation schedule.

Dated: November 28, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**