UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARTURO VELAZQUEZ ROSETTE, et al.,
                                Plaintiffs,

-against-

HONG KONG KITCHEN (USA) INC., et al.,
                                Defendants.
------------------------------------------------------------X

22 Civ. 3049 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the trial-ready Order dated January 19, 2023, directed the parties to file any motions *in limine* by February 15, 2023. Responses to the motions were to be filed by February 24, 2023;

    WHEREAS, on February 15, 2023, Plaintiffs filed a motion *in limine*;

    WHEREAS, Defendants have not filed a timely response. It is hereby

    **ORDERED** that Defendants shall file any response by **March 3, 2023**. If Defendants do not do so, the motion will be considered unopposed.

Dated: February 28, 2023
        New York, New York

                                              LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE