USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Arturo Velazquez Rossete and Crescencio Calva Cruz, individually and on behalf of all others similarly situated,

                        Plaintiffs,

-against-

Hong Kong Kitchen (USA) Inc. et al.,

                        Defendants.

**1:22-cv-03049 (SDA)**

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, May 17, 2023 at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

**SO ORDERED.**

DATED:    New York, New York
              April 17, 2023

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge